PAID $75.00
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCO MINUTO
    a/k/a "The Big Guy",
NICOLO MARIANI,
JOSEPH MINUTO,
MARCELLO GRASSO
    a/k/a "J.J."
ALEX TORRENTE,
    a/k/a "Porky"
    a/k/a "Neck"
CHRIS GRECO
JULIO PEREZ,
ANGEL HERNANDEZ, and
    a/k/a "Junior"
JORGE RAVELO
        Defendants.

## APPLICATION FOR SPECIAL LIMITED APPEARANCES
## BY WILLIAM J. HUNT, ESQ.

Applicant William J. Hunt, Esq. pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida, hereby applies for permission to appear on behalf of Defendant Joseph Minuto, herein, and in support hereof states as follows:

1.    By this application, William J. Hunt seeks authority to appear and represent the

Defendant Joseph Minuto in all matters relating to this case.

2. Pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida ("Rule 4"), a lawyer who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not admitted to practice in the Southern District of Florida, may be permitted to make a special limited appearance before this Court if local counsel is designated.

3. William J. Hunt is not a member of the Florida Bar. Mr. Hunt has been a member in good standing with the Bar of the State of New Jersey since 1970. Mr. Hunt was also admitted to practice in the United States District Court for the District of New Jersey in 1970, and the United States Court of Appeals for the Third Circuit, 1972.

4. In connection with the appearance sought by this Application, the Applicant hereby designate, as local counsel, Martin R. Raskin, Esq.. A member of the trial bar of the United States District Court for the Southern District of Florida and a partner in the law firm of Raskin & Raskin, P.A., which maintains offices in this District for the practice of law at 2937 South West 27th Avenue, Suite 206, Miami, Florida 33133. Mr. Raskin consents to his designation as local counsel for the Defendant, Joseph Minuto. The Court, and the United States Attorney prosecuting this case, may readily communicate with Mr. Raskin regarding the conduct of the case, and papers may be served upon Mr. Raskin, at the address if his law firm in Miami, Florida.

5. Applicant William J. Hunt hereby certifies that he has studied the local rules of the United States District Court for the Southern District of Florida and submits to their jurisdiction.

**WHEREFORE**, Applicants William J. Hunt, requests that the court enter the Order annexed hereto authorizing him to make a special limited appearance before the Court for the purpose of representing the Defendant Joseph Minuto, in all matters relating to this case.

Dated:

Respectfully Submitted,

WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road - Suite 200
Hackensack, New Jersey 07601
(201) 457-9200
(201) 996-1669 (fax)

By: _____
William J. Hunt

Respectfully Submitted,

RASKIN & RASKIN, P.A.
2937 Southwest 27th Avenue
Miami, Florida 33133
(305) 444-3400
(305) 445-0266 (fax)

By: _____
Martin Raskin