koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____00-6088-CR-UNGARO-BENAGES_____

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSEPH MINUTO

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language_____
Tape No. 00D- 50-30
AUSA Peter Outerbridge
Agent_____
DOB                   #

    The above-named defendant having been arrested on_____ having appeared before the court for initial appearance on _____5/31/00_____ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:   -phv
1. Robert Pesaro for William Hunt appeared as (permanent/temporary) counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on ___arraigned this date_____, 2000.
4. ~~Arraignment/Preliminary/Removal/Identity~~ hearing is set for 10am _____, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
Continued from New Jersey — $100k CSB
_____
    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
√ a. Surrender all passports and travel document to the Pretrial Services Office.
√ b. Report to Pretrial Services as follows: 2 times a week by phone, 2 times a week in person; other: _____
__ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__ d. Maintain or actively seek full time gainful employment.
__ e. Maintain or begin an educational program.
__ f. Avoid all contact with victims of or witnesses to the crimes charged.
__ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__ h. Comply with the following curfew: _____
__ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals

__✓__ j. Comply with the following additional special conditions of this bond:
travel permitted to S/D FL for matters involving this case
w/ prior nte to PTS

This bond was set: At Arrest _____
                    On Warrant _____
                    After Hearing ✓

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 31st day of MAY, 2000.

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: Assistant U.S. Attorney
    Defendant
    Counsel
    U.S. Marshal
    Pretrial Services/Probation