UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. *OO - 6088 - CR - Ungaro-Benage*

UNITED STATES OF AMERICA,

vs.

*Joseph Minuto*
      Defendant.
                 /

**ARRAIGNMENT INFORMATION SHEET**

Jail No : *On Bond*

Language: *English*

The above-named Defendant appeared before **Magistrate Judge** STEPHEN T. BROWN , where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address: *On Bond*

                    Tel. No: _____

Defense Counsel:  Name : *William Hunt ( R v)*
*C/o Ruskin + Ruskin*
*2937 sw. 27 ave # 206*
*Miami, FL 33133*

           Tel. No. *305 444-3400*

Bond Set/Continued:  *$100,000 CSB*

Dated this *31* day of *May* , 2000 .

      CLARENCE MADDOX,  COURT ADMINISTRATOR

      BY STEPHANIE A. LEE
         Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 00 D-50-30
DIGITAL START NO. _____