UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-Cr- UNGARO
BENAGES

UNITED STATES OF AMERICA,

v.

Joseph Minto

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

COMES NOW __William Hunt__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: 5-31-00

Attorney __William Hunt__
Address c/o Raskin & Raskin
2937 S.W. 27 Ave #206
City Miami  State FL  Zip 33133
Telephone 305-444-3400
Florida Bar No. pro hac vice

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.