UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO
    a/k/a "The Big Guy",
NICOLO MARIANI,
JOSEPH MINUTO,
MARCELLO GRASSO
    a/k/a "J.J."
ALEX TORRENTE,
    a/k/a "Porky"
    a/k/a "Neck"
CHRIS GRECO
JULIO PEREZ,
ANGEL HERNANDEZ, and
    a/k/a "Junior"
JORGE RAVELO
    Defendants.

FILED by _____ D.C.
DKTG

JUN 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON APPLICATION FOR
## SPECIAL LIMITED APPEARANCES
## BY WILLIAM J. HUNT

THIS CAUSE came before the Court on the Application of William J. Hunt to appear as counsel for Joseph Minuto, a defendant in the above entitled action.

THE COURT has considered the Application and the pertinent portions of the record, and being otherwise fully advised in the premises, and good cause appearing therefore, it is

ON THIS _____ DAY OF _____, 2000

**ORDERED,** that William J. Hunt be admitted, pro hac vice, to the bar of the United States District Court for the Southern District of Florida for the purpose of appearing and participating as counsel for the Defendant, Joseph Minuto.

*[signature]* 6/5/2000
**HONORABLE URSULA UNGARO-BENAGES**
**UNITED STATES DISTRICT JUDGE**