# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH MINUTO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088 CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSEPH MINUTO__
                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Money Laundering, Extortionate Collection of Credit; Interstate Gambling

in violation of Title 18 United States Code, Section(s) __894, 1955, 1956, 1962(d)__

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Denny Butler | 04/04/00  FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $50,000 Corporate Surety Bond    by CHIEF UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW
                                                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____
**Rivervale, NJ**

| DATE RECEIVED 4/4/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/3/2000 | FOR:  FBI | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JOSEPH MINUTO__

ALIAS: _____

LAST KNOWN RESIDENCE: __751 Orangeburgh Road, Riverbrook, New Jersey__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __01/22/62__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169__