UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MINUTO, et al.,

    Defendants.

_____/

### DEFENDANT JOSEPH MINUTO'S
### UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND
### TO PERMIT VACATION TRAVEL

The Defendant JOSEPH MINUTO, through undersigned counsel, respectfully files this Unopposed Motion to Modify Conditions of Bond to Permit Vacation Travel, and in support of this motion, states as follows:

1. Joseph Minuto is currently under indictment for violations of the RICO statute, 18 U.S.C. Sec. 1962, and violations of 18 U.S.C. Sec. 1956, money laundering; 18 U.S.C. Sec. 894, conspiracy to collect debts through extortionate means; and 18 U.S.C. Sec. 1955, Interstate Gambling Business. Joseph Minuto posted a $100,000 corporate surety bond on May 3, 2000 before the Court in the District of New Jersey, where he resides, which was approved by Magistrate Judge Brown in this District on May 31, 2000.

2. The conditions of Defendant's bond already permit him to travel from New Jersey to New York City, Rockland County, New York, and the Southern District of Florida for court appearances.

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

3. Defendant Joseph Minuto wishes to take his wife and four children on vacation this summer to different locales in the northeast and New England. Specifically, Minuto requests permission to travel with his family for vacation this summer to Lake George, New York; Hershey, Pennsylvania; Newport, Rhode Island, Mystic, Connecticut, and the State of Vermont. Minuto and his family would travel to these locales for extended weekends, not to exceed four days. Prior to leaving for an extended weekend, Minuto would provide his Pre-Trial Services Officer with a travel itinerary, including contact numbers.

4. William Hunt, Esq., lead counsel for Joseph Minuto, spoke both with AUSA Michael Dittoe and Pre-Trial Services Officer Roberto Cordiero, who expressed no opposition to the relief requested herein.

WHEREFORE, Defendant JOSEPH MINUTO respectfully requests that this motion be granted and that the conditions of his bond modified so that he be permitted to travel on vacation with his family for extended weekends this summer to Lake George, New York; Hershey, Pennsylvania; Newport, Rhode Island; Mystic, Connecticut and the State of Vermont.

Respectfully submitted,

RASKIN & RASKIN, P.A.
Local Counsel
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com

By: _____
ROBERT J. BECERRA
FLA. BAR NO. 0856282

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

- 3 -

WILLIAM J. HUNT & ASSOCIATES<br>
155 Polifly Road, Suite 200<br>
Hackensack, NJ 07601-1724<br>
Telephone (201) 457-9200<br>
Fax (201) 996-1669

*[signature]*

WILLIAM J. HUNT
Admitted pro hac vice

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this 10th day of July, 2000 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, FL 33301

*[signature]*

ROBERT J. BECERRA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/

**ORDER GRANTING JOSEPH MINUTO'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF BOND
TO PERMIT VACATION TRAVEL**

This matter, having come before the Court on Defendant Joseph Minuto's Unopposed Motion to Modify Conditions of Bond to Permit Vacation Travel, and the Court, being fully advised in the premises, it is

ORDERED that Defendant Joseph Minuto's Motion is GRANTED. Minuto's bond conditions are modified to permit him to travel on vacation this summer with his family to Lake George, New York; Hershey, Pennsylvania; Newport, Rhode Island; Mystic, Connecticut; and the State of Vermont. Defendant's travel shall be for extended weekends, not to exceed four days. Prior to departure, Defendant shall submit to Pre-Trial Services a travel itinerary.

DONE and ORDERED this ____ day of July, 2000 in Miami, Miami-Dade County, Florida.

                                                            UNITED STATES DISTRICT JUDGE

cc:    Robert J. Becerra, Esq.
        Michael Dittoe, AUSA; Pre-Trial Services