IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

FILED BY _____ D.C.
00 JUL 20 PM 3:08
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 00-6088-CR-UUB |
| MARCO MINUTO, | § | |
| Defendant. | § | |

## MOTION TO WITHDRAW AS LOCAL COUNSEL
## FOR JOE MINUTO

COMES NOW JEFFREY S. WEINER, ESQUIRE, and respectfully asks this court to relieve him of further responsibility as local counsel for Joe Minuto. In support of this motion undersigned counsel states as follows:

1. Undersigned counsel was retained to be local counsel for Marco Minuto, Joe Minuto and Chris Greco and, in accordance with that representation, undersigned counsel filed notice as local counsel for those three co-Defendants.

Since that time, undersigned counsel has learned that Martin Raskin, Esquire, is local counsel with William Hunt, Esquire, lead counsel for Joe Minuto.

2. Undersigned counsel has spoken with Mr. Raskin regarding this situation and we both agree that under the circumstances, undersigned counsel's withdrawal on behalf of Joe Minuto is appropriate.

WHEREFORE, for good cause shown, undersigned counsel respectfully moves this Honorable Court to grant this motion and to enter an order allowing undersigned counsel to withdraw as local counsel for Joe Minuto and further,

relieving undersigned counsel of all responsibilities regarding Joe Minuto.

                        Respectfully submitted,

                        JEFFREY S. WEINER, P.A.
                        ATTORNEYS AT LAW
                        Two Datran Center, Suite 1910
                        9130 South Dadeland Blvd.
                        Miami, Florida 33156-7858
                        305 670-9919
                        305 670-9299 (Fax)

By: _____
      JEFFREY S. WEINER, ESQUIRE
      Florida Bar No. 185214

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was tendered via U.S. Mail this 18th day of July, 2000, to William Hunt, Esquire, 155 Polifly Road, Suite 200, Hackensack, New Jersey 07601, Martin Raskin, Esquire, 2937 S.W. 27th Avenue, Suite 206, Miami, Florida 33133 and Assistant United States Attorney Michael J. Dittoe, 500 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

                        _____
                        JEFFREY S. WEINER, ESQUIRE

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BLVD. • MIAMI, FL 33156-7858 • TELEPHONE (305) 670-9919 FAX (305) 670-9299