UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MINUTO, et al.,

    Defendants.
_____/

### DEFENDANT JOSEPH MINUTO'S
### UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND
### TO REDUCE REQUIRED IN PERSON REPORTING TO PRETRIAL SERVICES

  The Defendant JOSEPH MINUTO, through undersigned counsel, respectfully files this Unopposed Motion to Modify Conditions of Bond to Reduce Required In Person Reporting to PreTrial Services, and in support of this motion, states as follows:

  1. Joseph Minuto is currently under indictment for violations of the RICO statute, 18 U.S.C. Sec. 1962, and violations of 18 U.S.C. Sec. 1956, money laundering; 18 U.S.C. Sec. 894, conspiracy to collect debts through extortionate means; and 18 U.S.C. Sec. 1955, Interstate Gambling Business. Joseph Minuto posted a $100,000 corporate surety bond on May 3, 2000 before the Court in the District of New Jersey, where he resides, which was approved by Magistrate Judge Brown in this District on May 31, 2000.

  2. The conditions of Defendant's bond presently require him to report in person to PreTrial Services in Newark, New Jersey twice weekly.

3.   Defendant Joseph Minuto seeks to reduce the number of times he is required to report in person to PreTrial Services to once monthly in person, and once weekly by telephone to more fully attend to his employment.

4.   William Hunt, Esq., lead counsel for Joseph Minuto, spoke both with AUSA Michael Dittoe and Pre-Trial Services Officer Frank D'Amico, each of whom expressed no opposition to the relief requested herein.

WHEREFORE, Defendant JOSEPH MINUTO respectfully requests that this motion be granted and that the conditions of his bond be modified so that he be permitted to report to PreTrial Services once monthly in person and once weekly by telephone.

Respectfully submitted,

RASKIN & RASKIN, P.A.
Local Counsel
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com

By: _____
ROBERT J. BECERRA
FLA. BAR NO. 0856282

WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road, Suite 200
Hackensack, NJ 07601-1724
Telephone (201) 457-9200
Fax (201) 996-7669

_____
WILLIAM J. HUNT
Admitted pro hac vice

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been ~~delivered~~ Sent by U.S. mail this 2nd day of August, 2000 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, FL 33301

_____
ROBERT J. BECERRA

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/

**ORDER GRANTING JOSEPH MINUTO'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF BOND
TO REDUCE REQUIRED IN PERSON REPORTING
TO PRETRIAL SERVICES**

This matter, having come before the Court on Defendant Joseph Minuto's Unopposed Motion to Modify Conditions of Bond to Reduce Required In Person Reporting to PreTrial Services, and the Court, being fully advised in the premises, it is

ORDERED that Defendant Joseph Minuto's Motion is GRANTED. Minuto's bond conditions are modified to reduce his in person reporting to PreTrial Services to once monthly and his telephonic reporting to once weekly.

DONE and ORDERED this ___ day of August, 2000 in Miami, Miami-Dade County, Florida.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

cc:    Robert J. Becerra, Esq.
        Michael Dittoe, AUSA; Pre-Trial Services