UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/



FILED by ___ D.C.

AUG - 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.

**ORDER GRANTING JOSEPH MINUTO'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF BOND
TO REDUCE REQUIRED IN PERSON REPORTING
TO PRETRIAL SERVICES**

    This matter, having come before the Court on Defendant Joseph Minuto's Unopposed Motion to Modify Conditions of Bond to Reduce Required In Person Reporting to PreTrial Services, and the Court, being fully advised in the premises, it is

    ORDERED that Defendant Joseph Minuto's Motion is GRANTED. Minuto's bond conditions are modified to reduce his in person reporting to PreTrial Services to once monthly and his telephonic reporting to once weekly.

    DONE and ORDERED this 3 day of August, 2000 in Miami, Miami-Dade County, Florida.

                                                            _Ursula Ungaro-Benages_
                                                      UNITED STATES DISTRICT JUDGE

cc:    Robert J. Becerra, Esq.
         Michael Dittoe, AUSA; Pre-Trial Services