UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO.:00-6088-CIV
                                          Ungaro-Benages

v.

JOSEPH MINUTO, et al.,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Joseph Minuto, by and through undersigned counsel, pursuant to the Court's Order of September 11, 2000, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. The following is a list, to the best of the defendant's knowledge, of the persons or entities who have an interest in the outcome of this case:

    The United States government through its attorneys and agents

    The Defendants and their attorneys

                                        Respectfully Submitted,

                                        William J. Hunt & Associates
                                        155 Polifly Road, Suite 200
                                        Hackensack, New Jersey 07601
                                        Telephone: (201) 457-9200

                                        By:_____
                                             William J. Hunt, Esq.
                                             Counsel for Joseph Minuto

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished this ___2d___ day of November, 2000, by United States Mail, postage prepaid, to Michael Dittoe, Assistant United States Attorney, 500 E Broward Boulevard, Fort Lauderdale, Florida 33301, Murray Richman, Esquire, 2027 Williams Bridge Road, 3rd Floor, Bronx, New York 10461, Kerry Lawrence, Esquire, 81 Main Street, suite 450, White Plains, New York 10601 and Jeffrey S Weiner, Esquire, Two Datran center, Suite 1910, 9130 South Dadeland Boulevard, Miami, Florida 33156-7858.

William J. Hunt