UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6088-CR
UNGARO-BENAGES

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                          ORDER CONTINUING TRIAL DATE

MARCO MINUTO, et. al.,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -/

THIS CAUSE came before the Court for Calendar Call on

February 21, 2001, and based on the representations made by counsel

and in the interest of justice, it is

ORDERED AND ADJUDGED that this case is hereby continued to the

trial calendar **MARCH 26, 2001 at 9:00 AM.** This case has been

specially set. The Court further finds that the period of delay

resulting from this continuance, to-wit: February 21,2001 (the

date of the Calendar Call) **to and including the date trial is**

**commenced**, shall be deemed excludable time in accordance with the

provisions of the Speedy Trial Act, 18 U.S.C., § 3161 et seq.

Calendar Call will be held on **Wednesday, MARCH 21, 2001 at 1:00**

**PM.** All exhibits must be pre-marked and exhibit list shall be

furnished to the Court on the date of trial.

All motions filed shall be accompanied by a written statement

certifying that counsel for the moving party has conferred with

opposing counsel in a good faith effort to resolve by agreement the

subject matter of the motion.

DONE AND ORDERED at Miami, Florida this ___6___ day of

March, 2001.


URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE


cc:  Counsel of record