UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSEPH MINUTO,

   Defendant.



## JOSEPH MINUTO'S WAIVER OF SPEEDY TRIAL

I, JOSEPH MINUTO, pursuant to 18 U.S.C. § 3161, hereby waive my statutory rights to a speedy trial in this case and, after consulting with my attorney, agree that any time periods that pass as a result of this Court granting a motion for continuance will be treated as excluded time under 18 U.S.C. § 3161 (h)(8)(A).

_____      4/5/01
JOSEPH MINUTO, Defendant     Date

NON-COMPLIANCE OF S.D. Fla. L.R. 5/A-7



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __4/05__, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002
Phone: (954) 356-7255
Fax: (954) 356-7230

Bruce A. Zimet, Esq.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
Phone: (305) 948-3648
Fax: (954) 760-4421
Counsel for Nicolo Mariani

Howard M. Srebnick, Esq.
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Phone: (305) 371-6421
Fax: (305) 358-2006
Counsel for Marco Minuto

Kerry A. Lawrence, Esq.
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plains, New York 10601
Phone: (914) 946-5900
Fax: (914) 946-5906
Counsel for Chris Greco

Hosey Hernandez, Esq.
Coconut Grove Bank Building
2701 South Bayshore Drive
Suite 602
Coconut Grove, Florida 33133
Phone: (305) 579-0848
Fax: (305) 789-5446
Counsel for Angel Hernandez

By: _____
WILLIAM J. HUNT, ESQ.
Attorney for Joseph Minuto