UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES

Magistrate Judge Brown



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MINUTO, et al.,

    Defendants.
_____/

**DEFENDANT JOSEPH MINUTO'S
UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF BOND
AND EXPAND THE SCOPE OF PERMITTED TRAVEL TO INCLUDE
THE STATES OF NEW YORK, NEW JERSEY AND FLORIDA**

    The Defendant JOSEPH MINUTO, through undersigned counsel, respectfully files this Unopposed Motion to Modify Conditions of Bail and expand the scope of permitted travel to include the States of New York, New Jersey and Florida.

    1. Joseph Minuto is currently under indictment for violation of the RICO statute, 18 U.S.C. Sec. 1962, and violations of 18 U.S.C. Sec. 1956, money laundering; 18 U.S.C. Sec. 894, conspiracy to collect debts through extortionate means; and 18 U.S.C. Sec. 1955, Interstate Gambling Business..

    2. On May 3, 2000, the defendant appeared before the Honorable Ronald J. Hedges, USMJ, who as a condition of the Defendant's Bail ordered his travel restricted to New Jersey, New York, City and for court appearances in the Southern District of Florida, which was approved by Magistrate



Brown in this District on May 31, 2000.

3. Defendant Joseph Minuto seeks to expand the scope of his permitted travel to include the States of New Jersey, New York and Florida, to more fully attend to his employment and to prepare for the Trial of this matter.

4. William J. Hunt, Esq., lead counsel for Joseph Mintuo, spoke both with AUSA Michael Dittoe and Pre-trial Services Officer Laurie Borys (D.NJ.), each of whom expressed no opposition to the relief requested herein.

WHEREFORE, Defendant Joseph Minuto respectfully requests that this motion be granted and that the conditions of his bond be modified and the scope of his permitted travel be expanded to include the States of New Jersey, New York, and Florida.

Respectfully submitted,

William J. Hunt & Associates
155 Polifly Road, Suite 200
Hackensack, NJ 07601 - 1724
Telephone (201) 457-9200
Fax (201) 996-1669

_____
WILLIAM J. HUNT
Admitted pro hac vice


RASKIN & RASKIN, P.A.
Attorneys for Defendant
Grove Forest Plaza - Suite 206
2937 S.W. 27th Avenue
Miami, Florida 33133
Telephone:    (305) 444-3400
Fax:          (305) 445-0266

BY: _____
    ROBERT J. BECERRA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent by U.S. Mail this 23rd day of May, 2001 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, Fl 33301

Robert J. Becerra