UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES/BROWN

Magistrate Judge Brown

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JOSEPH MINUTO, et al.,

           Defendants.
_____/



FILED by MAG. SEC. D.C.
JUN 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING DEFENDANT JOSEPH MINUTO'S
UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF BOND
AND EXPAND THE SCOPE OF PERMITTED TRAVEL TO INCLUDE
THE STATES OF NEW YORK, NEW JERSEY AND FLORIDA**

This matter, having come before the Court on Defendant Joseph Minuto's Unopposed Motion to Modify Conditions of Bond and expand the scope of his permitted travel, and the Court, being fully advised in the premises, it is

**ORDERED** that Defendant Joseph Minuto's Motion is GRANTED. Minuto's bond conditions are modified and expanded to permit travel to the States of New York, New Jersey and Florida.

**DONE and ORDERED** this 5th day of June 2001 in Miami, Miami-Dade County, Florida.

CC: Honorable Ursula Ungaro Benages
    See attached list

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN
SCANNED

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
(*Attorney for Alex Torrente*)

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7336 (Fax)
(*Attorney for the Government*)

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
(*Attorney for Nelson Robles*)

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
(*Attorney for Angel Hernandez*)

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
(*Attorney for Joseph Minuto*)

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
(*Attorney for Joseph Minuto*)

**Howard M. Srebnick, Esq.**
2400 S. Dixie Highway
2nd Floor
Miami, FL 33133
(305) 285-9019
(305) 854-8782 (Fax)
(*Attorney for Marco Minuto*)

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
(*Attorney for Marcello Grasso*)

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
(*Attorney for Chris Greco*)

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
(*Attorney for Nicolo Mariani*)