UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/



**MOTION TO ADOPT**

JOSEPH MINUTO, through undersigned counsel, files this Motion to Adopt Motions filed by Co-Defendants as set forth below. As grounds, Joseph Minuto states the following:

1. Co-Defendant, Marco Minuto has filed numerous pretrial Motions with this Court.

2. Rather than file duplicate applications, Joseph Minuto requests permission to adopt certain of his Co-Defendant's Motions.

3. Joseph Minuto specifically requests permission to adopt the following Marco Minuto Motions:

    a) Motion to Admit Polygraph Evidence at Trial;

    b) Motion to Compel Inspection of Personnel Files;

    c) Motion to Interview all Government Witnessses;

    d) Specific **Brady** Request;

    e) Motion for Production of Impeachment and Bad Act Evidence;

    f) Motion to Suppress Fruits of Wiretap;

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

g) Motion to Dismiss Counts IV and V;

h) Motion to Unseal Documents;

i) Motion to Seal Affidavit;

j) Motion to Disclose whether Confidential Source Held Himself to be an Attorney;

k) Motion for Production of PSR of Cooperating Government Witnesses.

WHEREFORE, Defendant Joseph Minuto and undersigned counsel respectfully request that this Court grant this Motion to Adopt the specific Motions of Co-Defendant, Marco Minuto as listed above.

By:

Respectfully submitted,
RASKIN & RASKIN, P.A.
Local Counsel
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com

_____
ROBERT J. BECERRA
FLA. BAR NO. 0856282

WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road, Suite 200
Hackensack, NJ 07601-1724
Telephone (201) 457-9200
Fax (201) 996-1669

_____
WILLIAM J. HUNT
Admitted pro hac vice

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this ____ day of June, 2001 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, FL 33301

Howard M. Srebnick, Esq.
Counsel for Marco Minuto
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

ROBERT J. BECERRA

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/

### ORDER ON JOSEPH MINUTO'S MOTION TO ADOPT

THIS CAUSE having come before this Court on Defendant Joseph Minuto's Motion to Adopt, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED the Motion to Adopt the following Motions:

a)    Motion to Admit Polygraph Evidence at Trial;

    b)    Motion to Compel Inspection of Personnel Files;

    c)    Motion to Interview all Government Witnessses;

    d)    Specific **Brady** Request;

    e)    Motion for Production of Impeachment and Bad Act Evidence;

    f)    Motion to Suppress Fruits of Wiretap;

    g)    Motion to Dismiss Counts IV and V;

    h)    Motion to Unseal Documents;

    i)    Motion to Seal Affidavit;

    j)    Motion to Disclose whether Confidential Source Held Himself to be an Attorney;

      k)      Motion for Production of PSR of Cooperating Government Witnesses.

DONE and ORDERED this ____ day of June, 2001 in Miami, Miami-Dade County, Florida.

---

HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:    Robert J. Becerra, Esq.
        Howard Srebnick, Esq.
        Michael Dittoe, Esq.
        Bruce A. Zimet, Esq.
        William J. Hunt, Esq.
        Kerry A. Lawrence, Esq.