UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MINUTO, et al.,

    Defendants.
_____/



### JOSEPH MINUTO'S MOTION TO ADOPT MARCO MINUTO'S MOTION TO DISMISS COUNT FIVE, OR ALTERNATIVELY, FOR A BILL OF PARTICULARS, AND MOTION FOR A BILL OF PARTICULARS AS TO COUNT SIX

JOSEPH MINUTO, through undersigned counsel, files this Motion to Adopt Marco Minuto's Motion to Dismiss Count Five, or alternatively, for a Bill of Particulars, and Motion for a Bill of Particulars as to Count Six. As grounds, Joseph Minuto states the following:

1.    Co-Defendant, Marco Minuto has filed numerous pretrial Motions with this Court.

2.    Rather than file duplicate applications, Joseph Minuto requests permission to adopt Marco Minuto's Motion to Dismiss Count Five of the Indictment, or Alternatively, For A Bill of Particulars, and Motion for A Bill of Particulars as to Count Six. By permitting Joseph Minuto to adopt this motion, judicial economy will be served in that the Court need not review and rule upon duplicative motions.

WHEREFORE, Defendant Joseph Minuto and undersigned counsel respectfully request that this Court grant this Motion to Adopt Marco Minuto's Motion to Dismiss Count Five, or

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 445-3400

Alternatively, For A Bill of Particulars, and Motion for a Bill of Particulars as to Count Six.

By:

Respectfully submitted,
RASKIN & RASKIN, P.A.
Local Counsel
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com

_____
ROBERT J. BECERRA
FLA. BAR NO. 0856282

WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road, Suite 200
Hackensack, NJ 07601-1724
Telephone (201) 457-9200
Fax (201) 996-1669

_____
WILLIAM J. HUNT
Admitted pro hac vice

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this 11th day of June, 2001 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, FL 33301

Howard M. Srebnick, Esq.
Counsel for Marco Minuto
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

_____
ROBERT J. BECERRA