UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH MINUTO, et al.,

    Defendants.
_____/

THIS CAUSE is before the Court on Defendant Joseph Minuto's Motion to Adopt Marco Minuto's Motion to Dismiss Count Five, or alternatively, for a Bill of Particulars, and Motion for a Bill of Particulars as to Count Six, filed June 13, 2001. This Court has reviewed the record and has been otherwise advised as to its premises, and it is hereby

**ORDERED and ADJUDGED** that motion is **GRANTED**.

**DONE and ORDERED** at Miami, Florida, this ____/____ day of July, 2001.

                              URSULA UNGARO-BENAGES
                              U.S. DISTRICT COURT

copies provided to:

Michael Dittoe, Esq. - AUSA/Broward

Howard M. Srebnick, Esq.
Black Srebnick & Kornspan, P.A.
1300 Miami Center
201South Biscayne Boulevard

Miami, FL 33131
Counsel for Marco Minuto
Telephone: (305) 371-6421
Facsimile: (305) 358-2006

Kerry A. Lawrence, Esq.
Briccetti, Calhoun & Lawrence LLP
81 Main Street, Suite 450
White Plaines, NY 10601
Counsel for Chris Greco
Telephone: (914) 946-5900
Facsimile: (914) 946-5906

Bruce A. Zimet, Esq.
One Financial Plaza, Suite 2612
Fort Lauderdale, FL 33394
Counsel for Nicolo Mariani
Telephone: (954) 764-7081
Facsimile: (954) 760-4421

Robert J. Becerra, Esq.
Raskin & Raskin, P.A.
Grove Forest Plaza, Suite 206
2937 S.W. 27 Avenue
Miami, FL 33133
Counsel for Joseph Minuto
Telephone: (305) 444-3400
Facsimile: (305) 444-3400

Jeffrey S. Weiner, Esq.
9130 S. Dadeland Boulevard, Suite 1910
Miami, FL 33156
Counsel for Chris Greco
Telephone: (305) 670-9919
Facsimile: (305) 670-9299