UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH MINUTO, et al.,

    Defendants.
_____/

THIS CAUSE is before the Court on Defendant Joseph Minuto's Motion to Adopt, filed June 11, 2001. This Court has reviewed the record and has been otherwise advised as to its premises, and it is hereby

**ORDERED and ADJUDGED** that motion is **GRANTED**.

**DONE and ORDERED** at Miami, Florida, this ___1___ day of July, 2001.

URSULA UNGARO-BENAGES
U.S. DISTRICT COURT

copies provided to:

Michael Dittoe, Esq. - AUSA/Broward

Howard M. Srebnick, Esq.
Black Srebnick & Kornspan, P.A.
1300 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Counsel for Marco Minuto
Telephone: (305) 371-6421
Facsimile: (305) 358-2006

Kerry A. Lawrence, Esq.
Briccetti, Calhoun & Lawrence LLP
81 Main Street, Suite 450
White Plaines, NY 10601
Counsel for Chris Greco
Telephone: (914) 946-5900
Facsimile: (914) 946-5906

Bruce A. Zimet, Esq.
One Financial Plaza, Suite 2612
Fort Lauderdale, FL 33394
Counsel for Nicolo Mariani
Telephone: (954) 764-7081
Facsimile: (954) 760-4421

Robert J. Becerra, Esq.
Raskin & Raskin, P.A.
Grove Forest Plaza, Suite 206
2937 S.W. 27 Avenue
Miami, FL 33133
Counsel for Joseph Minuto
Telephone: (305) 444-3400
Facsimile: (305) 444-3400

Jeffrey S. Weiner, Esq.
9130 S. Dadeland Boulevard, Suite 1910
Miami, FL 33156
Counsel for Chris Greco
Telephone: (305) 670-9919
Facsimile: (305) 670-9299