UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSEPH MINUTO

CASE NO. 00-6088-CR-U.U.B.

CHANGE OF PLEA

On 8/23/01 the above named defendant appeared in person before the Honorable UNGARO-BENAGES United States District Judge/Magistrate, with WM HUNT counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) Seven, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )  The Court proceeded to pronounce sentence. (See J&C)

(✓)  The Court postponed sentencing until 11-30-01 @ 1:30

( )  The defendant being allowed to remain on bond until sentencing.

( )  The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( )  The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge _____
Reporter _____
Courtroom Dpy.