UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES



FILED by _____ D.C.
DKTG

AUG 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. _00-6088-cr-UB_ Date: _8/23/01_

Style: ___U.S.A___ Vs. _MARCO Minuto, et. al._

Pltf/AUSA _Mike DiHoe, et al._

Defense Counsel: _Howard Srebnick et. al._

Reporter: _W. Romanishin_ Deputy Clerk _C. Harlan_

Status Conference/Hearing on Motion: _Continuation_
_Pending Motions Hrg — Court_
_was advised that parties had_
_reached plea agreements for All_
_defts — Defts Motions were with-_
_drawn — & the Court proceeded_

Calendar Call_____ Trial Set/Reset for _____

TRIAL MINUTES:    BENCH/JURY    VOIR DIRE HELD_____

JURY TRIAL BEGINS _____ TRIAL HELD _____ DAY #_____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED    SENTENCE DATE_____

MISCELLANEOUS NOTES TO DOCKET CLERK:_____
_w/ plea colloquy's for each_
_deft._