UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES


FILED by _____ D.C.
DKTG
AUG 2 3 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6088-cr-UB    Date: 5/22/01

Style: U.S.A. vs. Marco Minuto, et al.

Plt/AUSA: Mike D. Here, et al.

Defense Counsel: Howard Srebnick

Reporter: W. Romanski    Deputy Clerk: K. Harlan

Status Conference/Hearing on Motion: Continuation of hrg on pending motions — Add'l testimony heard — Ct resumed

Calendar Call _____    Trial Set/Reset for _____

TRIAL MINUTES:    BENCH/JURY    VOIR DIRE HELD _____

JURY TRIAL BEGINS _____    TRIAL HELD _____    DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED    SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____