UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. 00-6088-cr-UB  Date: 8/21/01
Style: U.S.A  Vs. Marco Minuto
Pltf/AUSA: Mike D. Itoe
Defense Counsel: Howard Srebnick et al.
Reporter: W. Romanishin  Deputy Clerk: K. Harlan

Status Conference/Hearing on Motion: pending motions regarding CI; the Ct heard testimony re the CI's involvement w/ defts — Oral argument heard & matter continued to 8/22/01 @ 10:30

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____
JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____
TRIAL ENDS _____
DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____
MISCELLANEOUS NOTES TO DOCKET CLERK: _____

338