UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

FILED by _____ D.C.
DKTG
NOV 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6088-cr-UU   Date: 11/30/01

Style: U.S.A. vs. Joseph Minuto

Pltf/AUSA: Mike Dittoe

Defense Counsel: Wm Hunt

Reporter: Wm Romanishin   Deputy Clerk: K. Harlan

Status Conference/Hearing on Motion: Sentencing

Life & 1 day BOP last ct. 7
1) Search of person/prop.
2) Full time employment
3) No debt. 4) Accurate income tax
Fine 20,000 immed. 5) No hang-
w/ 3c                              out w/
                                   organized
Calendar Call _____ Trial Set/Reset for _____   crime/gangs

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____
                          SR. 3 yrs                  350
TRIAL ENDS _____          SENTENCE DATE              00

DEFENDANT: REMANDED/ACQUITTED

MISCELLANEOUS NOTES TO DOCKET CLERK: Recomm - least
Restrict. Facility
Vol. Surrend - 1-18-02 @ 2PM