UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/

### DEFENDANT JOSEPH MINUTO'S
### EMERGENCY UNOPPOSED MOTION TO AMEND JUDGMENT

The Defendant, JOSEPH MINUTO ("MINUTO"), through undersigned counsel, respectfully files this Emergency Unopposed Motion to Amend Judgment and, in support thereof, Minuto states the following:

1.    Last Friday, November 30, 2001, the Court sentenced MINUTO to 12 months plus one day imprisonment for MINUTO'S role in a gambling offense. During the sentencing hearing, and for the purposes of the Judgment in a Criminal Case, the Court generously recommended to the Federal Bureau of Prisons (BOP) that MINUTO be designated to "the least restrictive confinement alternative." It is MINUTO'S understanding that the Court believes sentencing goals can be met with confinement in a Comprehensive Sanctions Center (CSC), such as the facility administered by the Kintock Group in Newark, New Jersey.

2.    MINUTO is concerned, however, that absent explicit direction from the Court, the BOP will interpret the judicial recommendation language to mean incarceration in a minimum

- 1 -

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

security Federal Prison Camp. Based upon BOP policy and practice, direct CSC designation ordinarily requires an explicit recommendation from a court for community confinement. As noted at pages 18 and 24 (respectively) of the <u>Judicial Resource Guide to the Federal Bureau of Prisons</u>, 2000 ed.:

> The Bureau often receives Judgment and Commitment Orders indicating the Court's preference for a <u>specific</u> institution, geographic area, or specialized program. Every effort is made to fulfill the Court's request [emphasis added].
>
> Information regarding the intent of the court in sentencing an offender is very useful to Bureau staff. ...Bureau staff find the 'Statement of Reasons' section of the Judgment and Commitment Order particularly valuable because it explains the reason for the sentence imposed. The court may also include any additional recommendations to the Bureau in the 'Imprisonment' section.

3. Given the BOP's extensive caseload and stated specificity requirements, MINUTO is concerned that simply recommending "the least restrictive confinement" available to MINUTO will be interpreted as carte blanche to designate MINUTO without considering the totality of MINUTO'S circumstances, or the Court's sentencing intent.

4. MINUTO respectfully requests that, to avoid any possible confusion, the Court should consider the attached Order Amending Recommendation to the Bureau of Prisons. The language in this Order expressly denotes the specific institution, geographic area, and specialized program the Court envisioned when passing sentence. Moreover, the language specifies the Court's reasoning for recommending placement at CSC Newark, to wit; the proximity of MINUTO'S family and business, and therefore MINUTO'S ability to continue contributing to both while serving his required period of confinement. Absent these specifics, MINUTO fears the BOP may

- 2 -

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

instead designate MINUTO to a prison camp that will actually <u>prevent</u> him from fulfilling the familial and fiscal obligations he desperately wishes to continue.

5.    Counsel for MINUTO, William Hunt, spoke with Assistant U.S. Attorney Michael Dittoe, who indicated that the government has no opposition to the reflief requested in this motion.

WHEREFORE, Defendant JOSEPH MINUTO respectfully requests that the Court grant the this Emergency Unopposed Motion to Amend Judgment.

Respectfully submitted,

RASKIN & RASKIN, P.A.
Local Counsel
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com

By: _____
ROBERT J. BECERRA
FLA. BAR NO. 0856282


WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road, Suite 200
Hackensack, NJ 07601-1724
Telephone (201) 457-9200
Fax (201) 996-1669

_____
WILLIAM J. HUNT
Admitted <u>pro hac vice</u>

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this 5TH day of December, 2001 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, FL 33301

_____
ROBERT J. BECERRA