UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6088-Cr-UNGARO-BENAGES



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH MINUTO, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### GOVERNMENT'S RESPONSE TO DEFENDANT JOSEPH MINUTO'S EMERGENCY UNOPPOSED MOTION TO AMEND JUDGMENT

The United States of America, by and through its undersigned Assistant United States Attorney, does not oppose "Defendant Joseph Minuto's Emergency Unopposed Motion To Amend Judgment" for the following reasons:

1. The government accepts the statement of William J. Hunt, counsel for Defendant Joseph Minuto, that Assistant United States Attorney Michael Dittoe advised Mr. Hunt that Mr. Dittoe has no opposition to the relief requested in Defendant Minuto's emergency motion.

2. Undersigned government counsel spoke with an official in the U.S. Bureau of Prisons, who advised that Defendant Joseph Minuto would not be considered for designation to a community confinement facility unless there is a specific recommendation for such facility by the Court in the "Judgment in a Criminal Case."

3. Wherefore, based upon William Hunt's representations, the government does not oppose Defendant Joseph Minuto's motion to amend the Judgment in a Criminal Case to reflect a



judicial recommendation for designation to Newark, New Jersey's Comprehensive Sanctions Center administered by the Kintock Group.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

BY: *William T. Shockley*
        WILLIAM T. SHOCKLEY
        ASSISTANT UNITED STATES ATTORNEY
        ID. No. A5500122
        U.S. Attorney's Office
        500 East Broward Boulevard, Suite 700
        Fort Lauderdale, Florida 33394
        Telephone No. (954) 356-7255
        Telefax No.  (954) 356-7230

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Government's Response to Defendant Joseph Minuto's Emergency Unopposed Motion to Amend Judgment were mailed on this 12th day of December, 2001, to:

William J. Hunt, Esquire
155 Polify Road, Suite 200
Hackensack, New Jersey 07601-1724
Counsel for Defendant Minuto

Robert J. Becerra, Esquire
2937 S.W. 27th Avenue, Suite 206
Miami, Florida 33133-3703
Local Counsel for Defendant Minuto

        *William T. Shockley*
        WILLIAM T. SHOCKLEY
        ASSISTANT UNITED STATES ATTORNEY

WTS/wts