UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MINUTO, et al.,

    Defendants.
_____/



**ORDER AMENDING RECOMMENDATION TO
THE BUREAU OF PRISONS**

This matter having come before the Court on JOSEPH MINUTO'S EMERGENCY UNOPPOSED MOTION TO AMEND JUDGMENT, and it appearing that the parties agree to the relief sought, and for good and sufficient cause shown, the Court orders as follows:

Having sentenced Joseph Minuto to 12 months plus one day imprisonment, this Court hereby orders that the Judgment in a Criminal Case contain the following judicial recommendation to the Federal Bureau of Prisons regarding the defendant's designation:

The Court recommends to the Bureau of Prisons that the defendant, Joseph Minuto, be designated directly to Community Confinement. Specifically, the Court recommends direct designation to Newark, New Jersey's Comprehensive Sanction Center (CSC), a facility administered by the Kintock Group. Direct designation to the CSC Newark will allow the defendant to maintain family ties, administer his business, and thereby continue to fulfill his familial and fiscal obligations while satisfying the sentencing goals intended by this Court.

It is further ordered that the Clerk of the Court deliver a certified copy of this Order to the United States Marshal in the Southern District of Florida.

12/19/01

The Honorable Ursula Ungaro-Benages
United States District Judge
Southern District of Florida

cc:　Robert J. Becerra, Esq.
　　　Michael Dittoe, A.U.S.A.
　　　United States Marshal's Office