UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOSEPH MINUTO, et al.,

          Defendants.

_____/



## DEFENDANT JOSEPH MINUTO'S
## UNOPPOSED MOTION TO EXTEND DATE OF VOLUNTARY SURRENDER

The Defendant, JOSEPH MINUTO "MINUTO", through undersigned counsel, respectfully files this Unopposed Motion to Extend Date of Voluntary Surrender and, in support thereof, MINUTO states the following:

1.      On November 30, 2001, the Court sentenced MINUTO to 12 months plus one day imprisonment for MINUTO'S role in a gambling offense. During the sentencing hearing, and for the purposes of the Judgment in a Criminal Case, the Court generously recommended to the Federal Bureau of Prisons (BOP) that MINUTO be designated to "the least restrictive confinement alternative."

2.      On December 26, 2001, pursuant to MINUTO's unopposed motion to amend judgment the Court recommended that MINUTO be directly designated to serve his sentence at the Newark, New Jersey Comprehensive Sanction Center.

3.      At the time of sentencing the Court permitted MINUTO to voluntary surrender to

- 1 -

corrections officials on January 18, 2002.

4.      On January 4, 2002 Leslie Castro of the Community Corrections Office in Miami, Florida

informed, by writing, counsel for MINUTO (attached Exhibit A) that prior to placement in the Community

Sanction Center in Newark, New Jersey, the Probation Office in New Jersey must approve MINUTO for

relocation and supervision in their district. Ruby Thomas of the U.S. Probation Office in Newark, New

Jersey has advised Leslie Castro that a thirty (30) day extension will be sufficient to approve the relocation

of MINUTO to the New Jersey district.

5.      As such MINUTO, requests a thirty (30) day extension, until February 18, 2002 to

execute his voluntary surrender to corrections officials.

6.      Counsel for MINUTO, William Hunt has spoken with Michael Dittoe of the United States

Attorney's Office who has indicated that the government has no opposition to granting MINUTO a thirty

(30) day extension of his voluntary surrender date.

WHEREFORE, Defendant JOSEPH MINUTO respectfully requests that the Court grant this

Unopposed Motion to Extend Date of Voluntary Surrender and grant MINUTO a thirty (30) day

extension, until February 18, 2002 to voluntarily surrender to corrections officials.

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW

GROVE FOREST PLAZA ● 2937 S.W. 27TH AVENUE ● SUITE 206 ● (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 ● (305) 444-3400

Respectfully submitted,


RASKIN & RASKIN, P.A.
Local Counsel
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com


By: _____

ROBERT J. BECERRA
FLA. BAR NO. 0856282


WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road, Suite 200
Hackensack, NJ 07601-1724
Telephone (201) 457-9200
Fax (201) 996-1669


_____

WILLIAM J. HUNT
Admitted pro hac vice

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW

GROVE FOREST PLAZA ● 2937 S.W. 27TH AVENUE ● SUITE 206 ● (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 ● (305) 444-3400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by U.S.

mail this _____ day of January, 2002 to:

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, FL 33301

ROBERT J. BECERRA

- 4 -



# UNITED STATES GOVERNMENT

# MEMORANDUM

**COMMUNITY CORRECTIONS OFFICE**
**401 North Miami Avenue**
**Miami, Florida  33128**
telephone: 305-536-5705
fax:          305-536-4024

**DATE:  January 4, 2002**

**REPLY TO**
**ATTN. OF:  Leslie Castro, MCA**

**SUBJECT:  Minuto, Joseph   Reg. No. 23183-050**

**TO:  William J. Hunt & Associates**

This is to advise you that Mr. Minuto currently has a voluntary surrender date on 1/18/02, to the designated institution. After his designation was completed, we received an order which amended the recommendation of the court to include that Mr. Minuto serve his sentence in the Community Sanction Center (CSC) in Newark, New Jersey. Prior to placement in the CSC we must have the Probation Office in New Jersey approve him for relocation and supervision in their district.

Contact was made with Ms. Ruby Thomas in the U. S. Probation Office in Newark, New Jersey. Ms. Thomas advised that a 30 day extension should allow sufficient time for the relocation to be approved by their office.

ATTACHMENT / EXHIBIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOSEPH MINUTO, et al.,

                Defendants.

_____/

## ORDER GRANTING DEFENDANT MINUTO'S  UNOPPOSED MOTION TO EXTEND

## DATE OF VOLUNTARY SURRENDER

**THIS CAUSE,** having come before the Court upon Defendant Joseph Minuto's unopposed motion to extend date of voluntary surrender for thirty (30) days until February 18, 2002 and the Court, having reviewed the motion and being duly advised on the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's motion to extend date of voluntary surrender is GRANTED. Defendant shall have a thirty (30) day extension, through and including February 18, 2002, to voluntarily surrender to corrections officials.

**DONE AND ORDERED** in Chambers at Miami, Florida this _____ day of January, 2002.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Michael Dittoe, Esq.
    Robert J. Becerra, Esq.
    U.S. Marshal's Service