UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH MINUTO, et al.,

        Defendants.
_____/



FILED by _____ D.C.
DKTG
JAN 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT MINUTO'S UNOPPOSED MOTION TO EXTEND DATE OF VOLUNTARY SURRENDER

**THIS CAUSE**, having come before the Court upon Defendant Joseph Minuto's unopposed motion to extend date of voluntary surrender for thirty (30) days until February 18, 2002 and the Court, having reviewed the motion and being duly advised on the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's motion to extend date of voluntary surrender is GRANTED. Defendant shall have a thirty (30) day extension, through and including February 18, 2002, to voluntarily surrender to corrections officials.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14 day of January, 2002.

                                          _Ursula Ungaro-Benages_
                                          URSULA UNGARO-BENAGES
                                          UNITED STATES DISTRICT JUDGE

cc: Michael Dittoe, Esq.
    Robert J. Becerra, Esq.
    U.S. Marshal's Service