UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MINUTO, et al.,

    Defendants.
_____/



**DEFENDANT JOSEPH MINUTO'S
UNOPPOSED MOTION FOR ONE DAY EXTENSION OF
VOLUNTARY SURRENDER DATE**

The Defendant, JOSEPH MINUTO "MINUTO", through undersigned counsel, respectfully files this Unopposed Motion for One Day Extension of Voluntary Surrender Date, and, in support thereof, MINUTO states the following:

1. On November 30, 2001, the Court sentenced MINUTO to 12 months plus one day imprisonment for MINUTO'S role in a gambling offense.

2. On December 26, 2001, pursuant to MINUTO's unopposed motion to amend judgment, the Court recommended that MINUTO be directly designated to serve his sentence at the Newark, New Jersey Comprehensive Sanction Center. He was ordered by the Court to voluntarily surrender himself to the Comprehensive Sanction Center on February 18, 2002.

3. MINUTO was just informed by the Comprehensive Sanction Center that he cannot surrender on February 18, 2002 because it is President's Day, a federal and state holiday, and he will not be able to be processed that day.

- 1 -

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

5. As such MINUTO, requests an extension of one day, until February 19, 2002 to execute his voluntary surrender to corrections officials.

6. Counsel for MINUTO, has telephoned AUSA Dittoe regarding the relief requested herein, but was informed that he is out of town this week. Counsel for MINUTO also telephoned Brian McCormack, AUSA, Mr. Dittoe's supervisor, but was only able to leave a voicemail message regarding the relief requested herein.

WHEREFORE, Defendant JOSEPH MINUTO respectfully requests that the Court grant this Unopposed Motion for One Day Extension of Voluntary Surrender Date and grant MINUTO a one (1) day extension, until February 19, 2002 to voluntarily surrender to corrections officials.

Respectfully submitted,

RASKIN & RASKIN, P.A.
2937 S.W. 27th Ave., Suite 206
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-Mail: bbecerra@raskinlaw.com

By: _____
ROBERT J. BECERRA
FLA. BAR NO. 0856282

WILLIAM J. HUNT & ASSOCIATES
155 Polifly Road, Suite 200
Hackensack, NJ 07601-1724
Telephone (201) 457-9200
Fax (201) 996-1669

_____
WILLIAM J. HUNT
Admitted pro hac vice

- 2 -