UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

Magistrate Judge Brown

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH MINUTO, et al.,

Defendants.
_____/



FILED by _____ D.C.
DKTG
FEB 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING DEFENDANT MINUTO'S MOTION FOR
### ONE DAY EXTENSION OF VOLUNTARY SURRENDER DATE

**THIS CAUSE**, having come before the Court upon Defendant Joseph Minuto's motion for a one day extension of his voluntary surrender date, until February 19, 2002, and the Court, having reviewed the motion and being duly advised on the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's motion for a one day extension of his voluntary surrender date is GRANTED. Defendant shall have a one (1) day extension, through and including February 19, 2002, to voluntarily surrender to corrections officials.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of February, 2002.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Michael Dittoe, Esq.
    Robert J. Becerra, Esq.
    U.S. Marshal's Service