UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



February 21, 2003

United States District Court
District of New Jersey
200 Federal Plaza, Room 130
PO Box 2097
Paterson, New Jersey 07509-2097

RE:   *USA vs. Joseph Minuto*                    Case No. 00-6088 cr UUB

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

-   (1) original form PROB 22 Transfer of Jurisdiction
-   (1) certified copy of the Indictment/Information
-   (1) certified copy of the J&C
-   (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
     Deputy Clerk

Encl.

---

| ☐301 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 561-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |

CR 03-75

| PROB 22 Rev. 2/88 | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran.Ct) 00-6088-CR-UUB |
|---|---|---|
| | | DOCKET NUMBER (Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Joseph Minuto 50 Fenwick Street Newark, New Jersey 07114 | DISTRICT Southern District of Florida | DIVISION Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Ursula Ungaro-Benages, Judge U.S. District Court | |
| SD/FL PACTS No. 63797 | DATES OF SUPERVISED RELEASE | FROM 01/02/03 | TO 01/01/06 |

OFFENSE: conducting an illegal bookmaking operation, in violation of Title 18, U.S.C., §1955.

---

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Jersey upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/26/02
Date

_Ursula Ungaro-Benages_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/29/03
Effective Date

United States District Judge

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**JOSEPH J. NAPURANO**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING U.S. PROBATION OFFICER

February 3, 2003

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

**Attn: Debra Speas**
Mr. Frank Schwartz, Chief
U.S. Probation Officer
United States Probation Office
U.S. Courthouse
300 N. E. 1st Avenue - Room 315
Miami, Florida 33132-2126

RE: Joseph Minuto
**TRANSFER OF JURISDICTION**

Dear Ms. Speas:

Enclosed please find two copies of the completed Form 22 Transfer of Jurisdiction signed by The Honorable Faith S. Hochberg, USDJ, completing the transfer. Please forward to your clerk to complete this process.

I was informed by the Clerk's Office that the reason why there was a delay in the Transfer of Jurisdiction was due to the fact that the originals was lost. So, as indicated in my January 27, 2003 letter to you, I took the liberty of forwarding a copy to them for a Judges signature which is enclosed. Kindly accept same in lieu of the original.

Any questions, please contact the undersigned at (973) 357-4183.

Very truly yours,

JOSEPH J. NAPURANO, Chief
U.S. Probation Officer

By: James L. Winkler.
U.S. Probation Officer

JLW:nb
Enclosures (2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PROBATION OFFICE

**FRANK SCHWARTZ**  
**CHIEF PROBATION OFFICER**

14601 OAK LANE  
MIAMI LAKES, FL 33016

August 1, 2002

*8/5/02*

*James Winkler*  
*973-357-4183.*

Joseph J. Napurano, Chief  
United States Probation Officer  
200 Federal Plaza, Room 130  
Post Office Box 2097  
Paterson, New Jersey 07509-2097

Attention: Renee L. Caggia  
    U.S. Probation Officer

RE:   MINUTO, Joseph  
       DOCKET NO. 00-6099-CR-UBB  
       SD/FL PACTS NO. 63797  
       <u>TRANSFER OF JURISDICTION</u>

Dear Mr. Napurano:

Enclosed please find the Probation Form 22, Transfer of Jurisdiction signed in Part I, Order Transferring Jurisdiction on July 26, 2002, by the Honorable Ursula Ungaro-Benages, U.S. District Judge, Southern District of Florida. Please have your District Judge sign in Part II, Order Accepting Jurisdiction of Mr. Minuto's case. Once completed, please forward the original back to our office, so that we may instruct the Clerk of Court for the Southern District of Florida to forward the complete Court file to the Clerk of Court for the District of New Jersey.

Should you have any questions or concerns, please contact the undersigned at (305) 512-1819.

Sincerely,

*[signature]*

Andrea L. Figueiredo  
Treatment/EM/Field Assistant

ALF

Enclosures