UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



February 21, 2003

United States District Court
District of New Jersey
200 Federal Plaza, Room 130
PO Box 2097
Paterson, New Jersey 07509-2097

RE:   USA vs. Joseph Minuto                        Case No.00-6088 cr UUB

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) ~~original~~ copy form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: J. Blakely
    Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number: CR.03-75

RECEIVED
FEB 25 2003

by: _____
    Deputy Clerk   AT 8:30 _____ M
    WILLIAM T. WALSH, CLERK
Date: _____ NEWARK, N.J.

---

☐301 N. Miami Avenue    ☐299 E. Broward Boulevard    ☐701 Clematis Street    ☐301 Simonton Street    ☐300 S. Sixth Street
Room 150                Room 108                     Room 402                Room 130                Ft. Pierce, FL 34950
Miami, FL 33128         Ft. Lauderdale, FL 33301     W. Palm Beach, FL 33401 Key West, FL 33040      561-595-9691
305-523-5100            954-769-5400                 561-803-3400            305-295-8100